# PD-0566-15

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

No. 14-14-00070--CR

Iniubong Ebong, Appellant-Petitioner, Pro se

V.

STATE OF TEXAS, Appellee

On Appeal from the 351st Judicial District Court
of Harris County, Texas, Cause Number: 134974

**Appellant Ebong's First Motion for Extension of Time to File Petition for Discretionary Review with Brief in Support**

**COMES NOW**, Iniubong Ebong, TDCJ-CID#01908828, Appellant-Petitioner, *pro se*, in the above-styled and numbered appeal and files this, his First Motion for Extension of Time to File His Petition for Discretionary Review with Brief in Support and in support thereof, would respectfully show the Court as follows:

**I.**
**Procedural History**

Appellant-Petitioner's (hereinafter "Appellant") judgment and sentence was affirmed in an unpublished opinion by the Fourteenth Court of Appeals, Houston, Texas,[1] on April 09, 2015, Appellant was advised by counsel his appeal had been affirmed by USPS mail on or about April 14, 2014, making the PDR due to be filed by Saturday, May

---

[1] *See Ebong v. State*, No. 14-14-00070-CR, Aff'd April 09, 2015 (Tex. App. – Houston 14th Court of Appeals, aff'd April 09, 2015) (unpublished).

09, 2015. However, pursuant to the Texas Rules of Appellate Procedure it would actually be due on Monday, May 11, 2015. This proceeding followed.

## II.
### Appellant's First Motion for Extension of Time

Appellant is incarcerated and is proceeding *pro se*. As a layman of the law, Appellant is at a distinct disadvantage in proceeding without counsel and as such he must conduct all his research in the prison unit law library. The law library only affords inmates two hours a day, five days a week, unless it is closed for federal holidays or security reasons.

Therefore, due to the complex and diverse issues which are presentable in his PDR, Appellant must request that the Court grant him an extension of time of forty-five days, up to and including Thursday, June 25, 2015, in which to prepare a meaningful pleading for the Court's consideration.

This is Appellant's first request for an extension of time and is not made in order to harass or vex the Appellee or otherwise delay these proceedings, but only out of necessity.

Wherefore, Appellant respectfully requests that this Honorable Court grant him an extension of time in which to file his *pro se* PDR, up to and including Thursday, June 25, 2015.

**SIGNED** on this the 6th day of May 06 2015.

Respectfully submitted,

Iniubong Ebong, Appellant, Pro se
TDCJ#01908828
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351-8580

# CERTIFICATE OF SERVICE

I, Iniubong Ebong, TDCJ-CID#01908828, Appellant, *pro se*, herein certify that a true and correct copy of the foregoing instrument was sent to the Appellee, by placing same, in a U.S. mail box, first-class, postage paid, addressed to:

**Devon Anderson**
Harris County District Attorney
1201 Franklin Street, Suite 600
Houston, Texas 77002-1923

**SIGNED** on this the 6th day of May 2015.

Iniubong Ebong, Appellant, Pro s

3